IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA MARIA VASSILIADES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY BLINKEN, in his official capacity as Secretary of State, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-01952 (TJK) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Antony Blinken, in his official capacity as Secretary of State, the Department of State, Janet Yellen, in her official capacity as Secretary of the Treasury, and the Department of the Treasury, by and through undersigned counsel, hereby move for dismissal pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying memorandum and proposed order.

Dated September 17, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

*Counsel for Defendants*