**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANNA MARIA VASSILIADES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-01952 (TJK) |

## SUBSTITUTION OF COUNSEL

Defendants respectfully request that the Clerk of the Court enter the appearance of Sarah M. Suwanda, undersigned, on their behalf and withdraw the appearance of Stuart J. Robinson as their counsel in the above-captioned matter.

Dated: January 27, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

STEPHEN M. ELLIOT
Assistant Branch Director

*/s/ Sarah M. Suwanda*
Sarah M. Suwanda
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW Washington, D.C. 20005
Tel.: (202) 305-3196
Sarah.M.Suwanda@usdoj.gov